**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: BRANDON R. SAUNDERS & DANELLE M. SAUNDERS          Case Number: 07-72649
206 N. BRISTOL ST., APT. C            SSN-xxx-xx-8973 & xxx-xx-8046
SUN PRAIRIE, WI  53590

Case filed on: 10/31/2007
Plan Confirmed on: 1/18/2008
C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $3,600.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 1,283.03 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,283.03 | 0.00 |
| 011 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FHN MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | G.C. SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | TXCOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | BRANDON R. SAUNDERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BEST BUY | 400.00 | 400.00 | 17.26 | 16.03 |
| 003 | DELL FINANCIAL SERVICES LP | 200.00 | 200.00 | 24.78 | 8.81 |
| 006 | UNION SAVINGS BANK | 24,000.00 | 24,000.00 | 1,211.63 | 803.72 |
|  | Total Secured | 24,600.00 | 24,600.00 | 1,253.67 | 828.56 |
| 001 | BEST BUY | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BLUEGREEN CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | DELL FINANCIAL SERVICES LP | 3,469.02 | 3,469.02 | 0.00 | 0.00 |
| 004 | FIRST FRANKLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | FIRST FRANKLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN MEDIATION & ALTERNATIVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BLATT HASENMILLER LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BUSINESSMENS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 452.53 | 452.53 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 1,059.91 | 1,059.91 | 0.00 | 0.00 |
| 015 | PREMIER BANKCARD/CHARTER | 407.66 | 407.66 | 0.00 | 0.00 |
| 016 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY INC | 2,738.45 | 2,738.45 | 0.00 | 0.00 |
| 019 | HOUSEHOLD FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | INFIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NATIONAL RECOVERY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NORWEST FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | PARAGON WAY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RESURGENT CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | COTTONWOOD FINANCIAL | 949.01 | 949.01 | 0.00 | 0.00 |
| 028 | WELLS FARGO FINANCIAL | 5,351.37 | 5,351.37 | 0.00 | 0.00 |
| 029 | WELLS FARGO FINANCIAL | 1,239.26 | 1,239.26 | 0.00 | 0.00 |
| 030 | FIRST NATIONAL CREDIT CARD CENTER | 1,041.24 | 1,041.24 | 0.00 | 0.00 |
| 031 | PORTFOLIO RECOVERY ASSOCIATES | 1,894.54 | 1,894.54 | 0.00 | 0.00 |
|  | Total Unsecured | 18,602.99 | 18,602.99 | 0.00 | 0.00 |
|  | Grand Total: | 46,702.99 | 46,702.99 | 2,536.70 | 828.56 |

Total Paid Claimant:     $3,365.26
Trustee Allowance:       $234.74          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00           discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008                By  /s/Heather M. Fagan